**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-00095-LTB-MEH

JEFFREY A. WEINMAN, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Enercrest Construction, Inc.

      Plaintiff,

v.

CHESAPEAKE OPERATING, INC.,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Stipulated Motion of Written Consent to File Amended Complaint (Doc 20 - filed July 3, 2013) is **GRANTED**.  The proposed Amended Complaint is accepted for filing.

Dated:  July 8, 2013
_____