**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-00095-LTB-MEH

JEFFREY A. WEINMAN, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Enercrest Construction, Inc.

       Plaintiff,

v.

CHESAPEAKE OPERATING, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiff's Motion to Hold Case in Abeyance and Notice of Settlement (Doc 27 - filed October 22, 2013) is **GRANTED**.  All dates and deadlines, including the Pretrial Conference set February 14, 2014 and the trial set April 7, 2014, are **VACATED** and this matter is held in abeyance pending further order of Court.

       The parties are directed to file status reports regarding the settlement and filing of the dismissal papers every 20 days.

Dated:   October 23, 2013
_____