**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00095-LTB-MEH

JEFFREY A. WEINMAN, in his capacity as Chapter 7 Trustee for the bankruptcy estate of EnerCrest Construction, Inc.,

    Plaintiff,

v.

CHESAPEAKE OPERATING, INC., and
MAGNOLIA MIDSTREAM GAS SERVICES, LLC,

    Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal (Doc 31 - filed December 18, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   December 19, 2013